**Rickey C. BROOKS, Appellant,**

v.

**Larry NORRIS, Director, Arkansas Department of Correction; Ray Hobbs, Deputy Director, Arkansas Department of Correction; George Brewer, Classification, Arkansas Department of Correction; Shelley Maroney, Mrs., Central Office Records Supervisor, Arkansas Department of Correction; Glenover Knight, Cummins Unit Records Supervisor, Cummins Unit, ADC, Appellees.**

No. 09–1638.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 19, 2009.

Filed: Nov. 23, 2009.

Rickey C. Brooks, Grady, AR, pro se.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Inmate Rickey Brooks appeals the district court's [1] pre-service dismissal of his 42 U.S.C. § 1983 complaint. After careful review, *see Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (per curiam) (standard of review), we affirm. *See* 8th Cir. R. 47B.

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendation of The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.